**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-4569**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ANITA AMBLER, a/k/a Anita Webb,

                    Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:11-cr-00054-FPS-JES-1)

Submitted:  March 28, 2014          Decided:  April 2, 2014

Before WILKINSON and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stephen D. Herndon, Wheeling, West Virginia, for Appellant.
William J. Ihlenfeld, II, United States Attorney, Randolph J.
Bernard, John C. Parr, Assistant United States Attorneys,
Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Following a jury trial, Anita Ambler was convicted of twenty-five fraud related offenses and sentenced to 87 months' imprisonment. She appeals, challenging only the district court's denial of her pre-trial motion for substitution of counsel. We affirm.

Although the district court applied the wrong standard in ruling on the motion for substitution of counsel, compare United States v. Mullen, 32 F.3d 891 (4th Cir. 1994) (explaining factors court of appeals applies to review decision of district court), with Martel v. Clair, 132 S. Ct. 1276, 1284-87 (2012) (explaining standard used by district courts to decide motions for substitution), we have reviewed the record and the briefs filed by the parties, and we find no reversible error. Accordingly, we affirm Ambler's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED